# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TREVIS FOY, | : | Case No. 3:18-cv-201 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| TRANS UNION, LLC and RAC ACCEPTANCE EAST, LLC dba ACCEPTANCE NOW a foreign company, | : | |
| Defendants. | : | |

## ENTRY AND ORDER RE: JOINT NOTICE OF SETTLEMENT (DOC. 19)

This case is before the Court on the Joint Notice of Settlement (Doc. 19) filed by Defendant Trans Union, LLC ("Trans Union"). Plaintiff, Trevis Foy, and Trans Union reached a settlement as to all matters raised by Plaintiff against Trans Union in this action. As a result, Trans Union does not intend to participate in preparation of the parties' Rule 26(f) Report or the Preliminary Pretrial Conference scheduled for December 6, 2018. The Court will not require Trans Union to participate in those matters. The Court reminds Plaintiff and Trans Union, however, that any stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) must be signed by all parties who have appeared in the action. *See Anderson-Tully Co. v. Fed. Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009). If the signatures of all parties cannot be obtained, Plaintiff and Trans Union must move for dismissal under Fed. R. Civ. P. 41(a)(2).

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 28, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE